IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
Austin Division

| | |
|---|---|
| FIELDD PTY LTD,<br><br>  Plaintiff,<br><br>v.<br><br>JESSICA DUARTE,<br><br>  Defendant. | Civil Action No. 1:23-cv-00098-DII |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Fieldd Pty Ltd., by counsel, hereby gives notice of its voluntary dismissal, without prejudice, of its Complaint. Defendant has not answered or moved for summary judgment. The parties shall each be responsible for their own attorneys' fees and costs, and Fieldd Pty Ltd. expressly reserves all rights and remedies.

Dated: July 21, 2023   By:   /s/ Kirby Drake
Kirby Drake (TX Bar No. 24036502)
David E. Weslow (for *pro hac* admission)
Adrienne J. Kosak (for *pro hac* admission)
WILEY REIN LLP
2050 M Street NW
Washington, DC 20036
Tel: (202) 719-7000
kdrake@wiley.law
dweslow@wiley.law
akosak@wiley.law

*Counsel for Plaintiff
Fieldd PTY LTD*